## Commonwealth *v.* Wiley, Appellant.

Submitted November 9, 1970. *John E.*

*Caputo*, Assistant Public Defender, for appellant; *Robert C. Reed*, Assistant District Attorney, and *John G. Good, Jr.*, District Attorney, for Commonwealth, appellee.

Order affirmed.